Decided September 12, 2005

## FALLS CHURCH GROUP, LTD. *v.* TYLER, COOPER AND ALCORN, LLP

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 459 (AC 24924), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court was correct in concluding that the plaintiff, in this vexatious litigation lawsuit, failed to prove that the defendant lacked probable cause to initiate the underlying action?"

The Supreme Court docket number is SC 17489.

*Michael J. Walsh,* in support of the petition.

*Patrick M. Noonan,* in opposition.

Decided September 12, 2005

## STATE OF CONNECTICUT *v.* NICHOLAS RUSSO

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 296 (AC 25029), is denied.

*Norman A. Pattis,* in support of the petition.